**Opinion issued June 6, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-23-00378-CR**

—————————————

**IN RE J.B. BLACK, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

J.B. Black, acting pro se, has filed a petition for writ of mandamus compelling the trial court to rule on his motion for appointment of new counsel.[1] We deny the petition.

---

[1]    The underlying case is *The State of Texas v. J.B. Black*, cause number 1723527, pending in the 177th District Court of Harris County, Texas, the Honorable Robert Johnson presiding.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).